IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMAL J. MUMTAZALI,

     Plaintiff,

vs.

KS & MAC, Inc., a Georgia
corporation, and KYUNG RAN
SHON, individually,

     Defendants.

CIVIL ACTION FILE NO.
1:14-cv-1154-TCB

**PLAINTIFF JAMAL J. MUMTAZALI'S VOLUNTARILY
DISMISSAL OF COUNT III WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A), 41(a)(1)(B)**

Plaintiff, **JAMAL J. MUMTAZALI**, through his counsel, **STEPHEN M. KATZ, THE KATZ LAW GROUP LLC**, voluntarily dismisses Count III of his Complaint without prejudice pursuant to FED. R. CIV. P. 41(a)(1)(A) and 41(a)(1)(B). Defendants have not filed an Answer or Motion for Summary Judgment. Plaintiff has not previously dismissed any federal or state court action based on or including the same claim. The case can be closed because there are no other claims.

DATE: 27 May 2014.     By: **/s Stephen M. Katz**
                                     Stephen M. Katz
                                     Ga. Bar No. 409065

<u>CERTIFICATE OF SERVICE</u>

I have this 27th day of May 2014 electronically filed:

**PLAINTIFF JAMAL J. MUMTAZALI'S VOLUNTARILY
DISMISSAL OF COUNT III WITHOUT PREJUDICE
<u>PURSUANT TO FED. R. CIV. P. 41(a)(1)(A), 41(a)(1)(B)</u>**

by using the CM/ECF system which will automatically send email

notification of such filing to the following attorneys of record:

Douglas D. Nguyen, Esq.
Quynh-Nga T. Tran
NGUYEN TRAN LAW FIRM, LLC
3100 Five Forks Trickum Road
Suite 301
Lilburn, Georgia 30047

**DATE**: 27 May 2014.            By:  **/s Stephen M. Katz**
                                        Stephen M. Katz
                                        Ga. Bar No. 409065